# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**MIKE W. STROUD**                                                                                   **PLAINTIFF**

V.                              **CASE NO.: 3:14CV00110 BD**

**CAROLYN W. COLVIN, Commissioner,**
**Social Security Administration**                                                          **DEFENDANT**

## JUDGMENT

Plaintiff Mike W. Stroud's appeal is denied, and judgment is entered in favor of Carolyn W. Colvin, Commissioner, Social Security Administration.

DATED this 7th day of January, 2015.

_____
UNITED STATES MAGISTRATE JUDGE